

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, | § | No. 08-23-00158-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 41st Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| LILIA FAVELA, | | |
| | § | (TC# 2018-DCV4882) |
| Appellee. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order cost taxed against the parties incurring same. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF JULY, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, J.J.